*Order Entered August 31, 2011:*

*In re* REVIEW OF CONSUMERS ENERGY COMPANY RENEWABLE ENERGY PLAN,
Docket No. 292659. Reported at 293 Mich App 254. The Court orders
that the July 12, 2011, opinion is hereby amended so that footnote 1 reads
in its entirety: "PSC Case No. U-15805 concerns Consumers Energy's EO
and RE plans for its electric division, while PSC Case No. U-15889
concerns Consumers Energy's EO plan for its gas division."

---

* Reference to slip opinion. See 293 Mich App 360, 369—REPORTER.

** Opinion and order subsequently vacated, 294 Mich App 801—
REPORTER.

*** New opinion reported at 294 Mich App 37, vacated and remanded,
490 Mich 1001—REPORTER.

In all other respects, the July 12, 2011, opinion remains unchanged.

The Clerk is directed to provide a copy of this order to the Reporter's Office so the change can be incorporated into the opinion during the publishing process.